MELCHER, Appellant, vs. MELCHER, Respondent.

For the appellant: *Alfred G. Zeeb,* attorney, and *Carl H. Juergens* of counsel, both of Milwaukee.

For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

DAUFFENBACH, Administrator, Plaintiff, vs. SIDES and another, Appellants: MORY and others, Impleaded Defendants and Respondents.

For the appellants: *Bradford & Derber* of Appleton.

For the impleaded defendants and respondents: *O'Leary & Joyce* of Neenah.

*By the Court.*—Judgments affirmed.